UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINNELL JOHNSON,<br><br>            Plaintiff,<br><br>     v.<br><br>DOE, *et al.*,<br><br>            Defendants. | Case No.  1:22-cv-01026-BAM (PC)<br><br>ORDER DIRECTING PLAINTIFF TO PROVIDE WRITTEN NOTICE IDENTIFYING DOE DEFENDANTS FOR SERVICE OF PROCESS<br><br>**NINETY (90) DAY DEADLINE** |

Plaintiff Quinnell Johnson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 26, 2022, the Court ordered that this action proceed on Plaintiff's complaint against Defendant John Doe #1 and John Doe #2, Correctional Officers, E-yard at SATF, for deliberate indifference to conditions of confinement/failure to protect in violation of the Eighth Amendment.  (ECF No. 7.)

At this time, the Court does not find service appropriate for Defendants John Doe #1 and John Doe #2 because the U.S. Marshal cannot serve a Doe Defendant.  Therefore, before the Court orders the U.S. Marshal to serve Defendants, Plaintiff will be required to identify them with enough information to locate the defendants for service of process.  Once Plaintiff identifies Defendants for service, he should file a motion to substitute the identities of Defendants John Doe #1 and John Doe #2 in the complaint.  If the motion is granted, the Court will direct the U.S.

Marshal to serve Defendants. However, if Plaintiff fails to identify Defendants John Doe #1 or John Doe #2, then the unidentified defendant(s) will be dismissed from this action.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Within **ninety (90) days** from the date of service of this order, Plaintiff SHALL file a motion to substitute the identities of Defendants John Doe #1 and John Doe #2 that provides the Court with enough information to locate them for service of process; and

2. **The failure to comply with this order will result in dismissal of the unidentified defendant(s) from this action, without prejudice, for failure to serve with process pursuant to Federal Rule of Civil Procedure 4(m).**

IT IS SO ORDERED.

Dated:   **August 29, 2022**              /s/ Barbara A. McAuliffe            _
                                          UNITED STATES MAGISTRATE JUDGE