# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINNELL JOHNSON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FERNANDEZ,<br><br>　　　　　　Defendant. | Case No. 1:22-cv-01026-BAM (PC)<br><br>ORDER GRANTING DEFENDANT'S REQUEST TO OPT-OUT OF POST-SCREENING ADR PROJECT<br>(ECF No. 31)<br><br>ORDER LIFTING STAY OF PROCEEDINGS<br><br>ORDER VACATING NOVEMBER 13, 2023 SETTLEMENT CONFERENCE<br>(ECF No. 30)<br><br>ORDER DIRECTING CLERK OF COURT TO ISSUE DISCOVERY AND SCHEDULING ORDER |

　　　　Plaintiff Quinnell Johnson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendant Fernandez for deliberate indifference to conditions of confinement/failure to protect in violation of the Eighth Amendment. All parties have consented to United States Magistrate Judge jurisdiction. (ECF No. 27.) Defendant has answered the complaint. (ECF No. 29.)

　　　　On August 8, 2023, the Court identified this case as an appropriate case for the post-screening ADR (Alternative Dispute Resolution) project, and stayed the action to allow the parties an opportunity to settle their dispute before the discovery process begins. (ECF No. 30.)

1  The Court's order granted Defendant time to investigate and determine whether to opt out of the
2  post-screening ADR project.
3          On August 9, 2023, Defendant filed a request to opt-out of post-screening alternative
4  dispute resolution project and a request to vacate the settlement conference.  (ECF No. 31.)  After
5  conducting a preliminary investigation, defense counsel in good faith found that a settlement
6  conference would be a waste of resources at this stage, and requests to opt out of the alternative
7  dispute resolution program in this case.  (*Id.*)  Therefore, the stay is lifted, and the November 13,
8  2023, settlement conference is vacated.  This case is now ready to proceed.
9          If the parties wish to set a settlement conference with the Court at a later date, they should
10 so inform the Court.  However, the parties are also reminded that they are not precluded from
11 negotiating a settlement without judicial assistance.
12         Accordingly, IT IS HEREBY ORDERED that:
13    1.   Defendant's request to opt out of the post-screening ADR project, (ECF No. 31), is
14         GRANTED;
15    2.   The stay of this action, (ECF No. 30), is LIFTED;
16    3.   The November 13, 2023 settlement conference is VACATED;
17    4.   The Clerk of the Court is DIRECTED to issue a discovery and scheduling order;
18         and
19    5.   The parties may proceed with discovery pursuant to the discovery and scheduling
20         order to be issued by separate order.

IT IS SO ORDERED.

   Dated:   **August 10, 2023**              /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE

2